164 So. 914

**Berman CADLE v. STATE.**

**5 Div. 965.**

Court of Appeals of Alabama.
Nov. 26, 1935.

SAMFORD, Judge.
Appeal dismissed.

168 So. 903

**Chick CAIN v. STATE.**

**6 Div. 935.**

Court of Appeals of Alabama.
May 5, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 915

**Steve CALDWELL v. STATE.**

**6 Div. 946.**

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Affirmed.

165 So. 914

**Bruce CAMPBELL v. STATE.**

**8 Div. 324.**

Court of Appeals of Alabama.
Feb. 4, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 916

**Younger CAMPBELL v. STATE.**

**Div. 385.**

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.

174 So. 898

**Claude CANNON v. CITY OF JASPER.**

**6 Div. 95.**

Court of Appeals of Alabama.
April 22, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

175 So. 921

**John CARDEN v. STATE.**

**7 Div. 322.**

Court of Appeals of Alabama.
June 29, 1937.

PER CURIAM.
Appeal dismissed.

169 So. 906

**DeWitt (alias Dee Witt) CARTER v. STATE.**

**8 Div. 296.**

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Appeal dismissed.